No. 903. Uniweld Products, Inc., et al. *v.* Union Carbide Corp. C. A. 5th Cir. Certiorari denied. *Philip J. Hirschkop* for petitioners. *Darrey A. Davis, Walter J. Halliday* and *Donald E. Van Koughnet* for respondent.

No. 907. Young-Peterson Construction, Inc. *v.* Potomac Insurance Co. of the District of Columbia. C. A. 7th Cir. Certiorari denied. *John P. Madigan* for petitioner. *John C. Bartler* for respondent.

No. 908. Dauphin Deposit Trust Co. et al. *v.* United States et al. C. A. 3d Cir. Certiorari denied. *Thomas A. Beckley* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States et al.

No. 918. Spinney *v.* United States. C. A. 1st Cir. Certiorari denied. *Edward O. Proctor* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 919. Fogle et al. *v.* Fogle et al. C. A. 7th Cir. Certiorari denied. *Conrad J. Lynn* for petitioners.

No. 995. Nashville I–40 Steering Committee et al. *v.* Ellington, Governor of Tennessee, et al. C. A. 6th Cir. Certiorari denied. *Jack Greenberg, James M. Nabrit III, Charles H. Jones, Jr., Avon N. Williams, Jr.,* and *Z. Alexander Looby* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Milton P. Rice* and *Thomas E. Fox,* Deputy Attorneys General, for Ellington et al., and *Robert E. Kendrick* for Briley, respondents.